PD-0156-15

No.

PD-0156-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/9/2015 12:00:00 AM
Accepted 2/11/2015 2:00:19 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
FOR THE
STATE OF TEXAS AT AUSTIN

| | | |
|---|---|---|
| LUIS FELIPE SILVA-AGUILAR | § | APPELLANT |
| V. | § | |
| STATE OF TEXAS | § | APPELLEE |

## MOTION TO EXTEND TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW

COMES NOW, LUIS FELIPE SILVA-AGUILAR, Appellant in the above entitled and numbered cause and moves the court to extend the time for filing his petition for discretionary review and in support thereof would show the court as follows:

Appellant was convicted of the felony of possession of a controlled substance in cause number 1374877 in the 262nd District Court of Harris County on November 20, 2013 and assessed a punishment of 23 years confinement in the Correctional Division and a fime of $10,000. Appeal was perfected on November 20, 2013.

Appellant's conviction was affirmed in an opinion of the First Court of Appeals in Cause No. 01-14-00003-CR , delivered December 30, 2014. No motion for rehearing was filed. Appellant's petition for discretionary review was due on January 30, 2014.

Counsel has been unable to complete the petition because of several other Appellate briefs he has been preparing .

Appellant is requesting an extension of time of 30 days to file the petition, until March 2, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the foregoing motion be granted.

Respectfully submitted,


/s/ J. Sidney Crowley
J. SIDNEY CROWLEY
214 Morton St.
Richmond, Texas 77469
281-232-8332
TBC No. 05170200
ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was e served to the Harris County District Attorney's Office, this the 9th day of February, 2015.


_/s/_J. Sidney Crowley_____